PEOPLE V MALCOLM STARR, No. 107013. Reported at 457 Mich 490.

BARBARA JOHNSON V CITY OF DETROIT, No. 105891. Reported at 457 Mich 695.

KELLY, J. I would grant rehearing.

HAGERMAN V GENCORP AUTOMOTIVE, No. 107059. Reported at 457 Mich 720.

WEAVER and TAYLOR, JJ. We would grant rehearing.

PEOPLE V SEXTON and PEOPLE V BRYCE YOUNG, Nos. 108195, 109143. Reported at 458 Mich 43.

LYTLE V MALADY (ON REHEARING), No. 102515. Reported at 458 Mich 153.

MCKENZIE V AUTO CLUB INSURANCE ASSOCIATION, No. 103676. Reported at 458 Mich 214.